DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS HERNAN POSADASPAGUADA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-2763

[January 17, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 2017-CF-000948-AXXX-MB.

Glenn H. Mitchell, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*